STATE OF LOUISIANA                              NO. 24-K-449

VERSUS                                          FIFTH CIRCUIT

CODY LABRANCHE                                  COURT OF APPEAL

                                                STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

                        September 26, 2024

                          Linda Wiseman
                          First Deputy Clerk


**IN RE** CODY LABRANCHE

---

**APPLYING FOR**  SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE ELLEN SHIRER KOVACH, DIVISION "K", NUMBER 22-692

---

Panel composed of Judges Susan M. Chehardy,
Fredericka Homberg Wicker, and John J. Molaison, Jr.


**WRIT DENIED**

In this one paragraph *pro se* writ application, the relator states that he seeks "writs in this" Court "concerning the motions heard on 28th of August and the ruling held on the 12th of September." On September 25, 2024, this Court denied a counseled writ application in this case that sought review of the August 28, 2024 ruling that denied the relator's motions to suppress statements. State v. Labranche, 24-425 (La. App. 5 Cir. 9/25/24) (unpublished writ disposition). No proceedings were held on September 12, 2024 because the district court was closed due to Hurricane Francine. Accordingly, we deny this writ application.

Gretna, Louisiana, this 26th day of September, 2024.

                                        **JJM**
                                        **SMC**
                                        **FHW**


24-K-449

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT
101 DERBIGNY STREET (70053)
POST OFFICE BOX 489
GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **09/26/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-K-449**

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Ellen Shirer Kovach (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Cody Labranche #1000282381 (Relator)
Jefferson Parish Correctional Center
P. O. Box 388
Gretna, LA 70054